IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARICK MARQUETT JOHNSON**                                   **PETITIONER**
**#251040**

v.                         CASE NO. 4:24-CV-01017-BSM

**STATE OF ARKANSAS**                                          **RESPONDENT**

## ORDER

After careful review of the record, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 7] is adopted and Arick Johnson's petition [Doc. No. 2] is dismissed without prejudice because he has failed to pay the $5 filing fee and the calculation of initial payment of filing fee [Doc. No 8] is not a complete *in forma pauperis* application. The clerk is directed to close the case.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE