IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARICK MARQUETT JOHNSON**                                                   **PETITIONER**
**#251040**

v.                      **CASE NO. 4:24-CV-01017-BSM**

**STATE OF ARKANSAS**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE